# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DARCEY BIRTZ**                                                      **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:07CV93-TSL-LRA**

**NOXUBEE COUNTY, MISSISSIPPI and**
**TERRY GRASSAREE, in his individual capacity**         **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

THIS matter, having come before the Court upon the Joint Motion of the parties, and the Court being fully advised in the premises, hereby finds as follows:

Through counsel, Plaintiff Darcey Birtz has announced to the Court that she wishes to dismiss, with prejudice, any and all claims which were, or could have been, brought against Defendants Terry Grassaree and Noxubee County, Mississippi. Through counsel, Defendants have indicated their agreement. Accordingly the Court hereby finds that this matter is dismissed with prejudice to the bringing of a future action. However, nothing herein shall effect any claim of Plaintiff Darcey Birtz against Kennedy Brewer.

SO ORDERED AND ADJUDGED this the 12th day of March, 2009.

                                            /s/Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE

AGREED:

s/ R. Shane McLaughlin
R. SHANE McLAUGHLIN, Counsel for Plaintiff

s/ J. L. Wilson, IV
J. L. WILSON, IV, Counsel for Defendants                    H:\birtz dismissal.wpd